**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Blue Dragon Properties, LLC

Debtor(s)

Case No: 09–33943 – GFK

Chapter 11 Case

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing Blue Dragon Properties, LLC was entered on 7/16/09.

Dated: 7/16/09

Lori Vosejpka
Clerk, United States Bankruptcy Court


By: judy
Deputy Clerk


**ntcdsm** 02/09 – kb